PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAA DAWWABA,<br><br>                    Plaintiff,<br><br>        v.<br><br>UR JADDOU, ET AL.,<br><br>                    Defendants. | CASE NO. 2:23-CV-00461-JDP<br><br>STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN TEMPORARY ABEYANCE |

   The Defendants respectfully request to hold this case in temporary abeyance through October 12, 2023, and counsel for Plaintiffs does not oppose.

   This case concerns Plaintiff's application for asylum, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since March 2022. Plaintiff is currently scheduled an interview on this application on June 14, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application and USCIS will endeavor to do so within 120 days of the completion of the interview. In the event USCIS reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks.

///

///

///

///

1

The parties therefore stipulate that this matter be held in temporary abeyance through October 12, 2023. The parties further request that all other filing deadlines be similarly vacated.

Respectfully submitted,

Dated: May 12, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA TAYLOR ARENA
JESSICA TAYLOR ARENA
Counsel for Plaintiffs

[PROPOSED] ORDER

It is so ordered.

IT IS SO ORDERED.

Dated:  May 12, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2